UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DIMITRIOS PAPADIMITRIOU,

        Plaintiff,                                       **ORDER**
                                                        **22 CV 2066 (LDH)(LB)**

   -against-

MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP,
and KERRI S. FLYNN,

        Defendants.
-----------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       The Court shall hold the initial conference in this *pro se* Fair Debt Collection Act case on August 25, 2022, at 11:00 a.m. by telephone. The parties shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221 promptly at 11:00 a.m. No planning conference pursuant to Rule 26(a) shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy-two (72) hours before the scheduled conference.

SO ORDERED.

                                                             /S/

Dated: August 4, 2022
       Brooklyn, New York                       LOIS BLOOM
                                         United States Magistrate Judge